PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jermaine Waite                           Cr.: 03-00228-005
                                                           PACTS #: 35457

Name of Sentencing Judicial Officer: Freda L. Wolfson

Date of Original Sentence: 12/19/05

Original Offense: Conspiracy to Distribute and to Possess with Intent to Distribute Heroin

Original Sentence: 32 months imprisonment to be followed by a five year term of supervised release; $1,000.00 fine payable at the rate of $50.00 per month.

Special Conditions: 1) Submit DNA sample; and 2) Drug testing/treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/19/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states, **"You shall not commit another federal, state, or local crime."** |
| | On January 8, 2009, the offender was issued a summons by the Pennsauken Township Police Department in Pennsauken, New Jersey charging him with driving while suspended, driving an unregistered vehicle, and no liability insurance coverage on a motor vehicle. The offender is scheduled to appear in Pennsauken Township Municipal Court on February 17, 2009, to address these charges. |
| 2. | The offender violated the condition that states, **" The defendant shall pay a fine in the amount of $1,000.00 , payable at the rate of $50.00 per month."** |
| | The offender failed to make payments towards his fine during the months of January 2008, February 2008, March 2008, April 2008, May 2008, June 2008, August 2008, September 2008, October, 2008, and December 2008. The offender last made a $100.00 payment on November 17, 2008. There is an outstanding fine balance of $580.00. |

U.S. Probation Officer Action:

On January 16, 2009, this officer discussed the alleged violations of supervised release with the offender.

With regard to violation number one (Driving While Suspended), the offender has been warned not to operate a motor vehicle until his driver's license and his other motor vehicle credentials have been restored. The offender was additionally warned that he if he continues to drive while suspended, or incurs any other violations of supervised release his case may be returned to Court for revocation proceedings.

With regard to violation number two (failing to make payments), the Court will note that the offender currently resides with his paramour, his son, and his parents in Berlin, New Jersey. He is employed full-time as a forklift operator at Ledestri Foods in Pennsauken, New Jersey. Mr. Waite's current salary is $14.00 an hour, plus overtime. According to his Monthly Supervision Reports, the offender's average monthly income is $2,240.00, and his average monthly expenses total $1,294.00, leaving a monthly cash flow of $946.00.

This officer informed the offender he is court-ordered to make consistent minimum payments of $50.00 per month, until his fine is paid in full. The offender acknowledged his court ordered fine obligation and stated he would begin to make consistent monthly payments of $50.00 towards his financial obligation.

The probation officer respectfully requests that Your Honor endorse this petition to serve as an Official Judicial Reprimand for the offender's non-compliance.

Respectfully submitted,

By: Daniel J. Carney
U.S. Probation Officer
Date: 1/22/09

*The court directs that additional action be taken as follows:*

[✓] This petition shall serve as an Official Judicial Reprimand
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

1/29/09
Date